UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.S. | : | CIVIL NO: 4:12-CV-1013 |
|     Plaintiff | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | (Magistrate Judge Arbuckle) |
| SOUTHERN COLUMBIA AREA | : | |
| SCHOOL DISTRICT, *et al.*, | : | |
|     Defendants | : | |
| | : | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

Upon Consideration of the Joint Motion to Extend the Expert and Dispositive Motion Deadlines by ninety (90) days (Doc. 32) for Settlement Purposes, it is hereby **ORDERED** that the Motion is **GRANTED**. The deadlines set by the court's previous Case Management Order (Doc. 31) shall be amended as follows:

    Expert Discovery:          March 6, 2014
    Dispositive Motions:      April 2, 2014

**SO ORDERED.**

                                      <u>*s/ William I. Arbuckle, III*</u>
                                      William I. Arbuckle, III
                                      U.S. Magistrate Judge

Dated: August 6, 2013