IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| C.S.,                                   Plaintiff<br><br>vs.<br><br>SOUTHERN COLUMBIA AREA<br>SCHOOL DISTRICT<br><br>and<br><br>JAMES A. BECKER<br>                                       Defendants | CIVIL ACTION NO.   4:12-CV-01013<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## STIPULATION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties

and/or their respective counsel that the above-captioned action is voluntarily

dismissed with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii) in accordance with the terms of the parties' settlement agreement.

Benjamin D. Andreozzi, Esquire
Heather E. Verchick, Esquire
Andreozzi & Associates, P.C.
215 Pine Street
Suite 200
Harrisburg, PA 17101
phone: (717) 525-9124
Attorneys for Plaintiff

Date:   2/14/14

Jonathan P. Riba, Esquire
Sweet, Stevens, Katz & Williams LLP
331 E. Butler Avenue
P.O. Box 5069
New Britain, PA 18901
Phone (215) 345-9111
Attorney for Defendants

Date:   2-12-14